IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SHARKNINJA OPERATING LLC and SHARKNINJA SALES COMPANY,<br><br>*Plaintiffs and Counterclaim-Defendants*,<br><br>v.<br><br>DYSON, INC. and DYSON TECHNOLOGY LIMITED,<br><br>*Defendants and Counterclaim-Plaintiffs*. | C.A. No. 1:23-cv-11277-ADB<br><br>**JURY TRIAL DEMANDED** |

## THE PARTIES' REVISED PROPOSED SCHEDULE

Pursuant to Rule 16.6 of the Local Civil Rules for the District of Massachusetts, and this Court's Order (ECF No. 8) and instruction during the Parties' July 10, 2023, Initial Scheduling Conference, Plaintiffs and Counterclaim-Defendants SharkNinja Operating LLC and SharkNinja Sales Company (collectively, "Plaintiffs" or "SharkNinja") and Defendants and Counterclaim-Plaintiffs Dyson, Inc. and Dyson Technology Limited ("Dyson") (collectively, the "Parties"), by and through their undersigned counsel, submit the following revised proposed schedule:

| Event | Proposed Date |
|---|---|
| Initial Scheduling Conference | On or about Monday, July 10, 2023, at the Court's convenience |
| Exchange of Rule 26(a)(1) Initial Disclosures | Friday, July 14, 2023 |
| Parties Submit Proposed Protective Order | Friday, July 21, 2023 |
| Parties Submit Proposed ESI Discovery Protocol | Friday, July 21, 2023 |
| Deadline for Patentee's Preliminary Patent-Related Disclosures Pursuant to Local Rule 16.6(d)(1) | Friday, July 28, 2023 |
| Deadline for Conference Concerning Preliminary Patent Disclosures Pursuant to Local Rule 16.6(d)(2) | Monday, August 14, 2023 |

1

| Event | Proposed Date |
|---|---|
| Deadline for Accused Infringer's Preliminary Production of Technical Documents, Source Code, and Samples of Accused Products Pursuant to Local Rule 16.6(d)(4) | Monday, August 28, 2023 |
| Deadline for Simultaneous Exchange of Claim Terms to Be Construed and Their Proposed Claim Constructions Pursuant to Local Rule 16.6(e)(1)(A) | Monday, September 18, 2023 |
| Deadline for Conference Concerning Claim Construction Pursuant to Local Rule 16.6(e)(1)(B) | Monday, September 25, 2023 |
| Deadline for Joint Statement of the Number of Claims and Terms to be Construed and Their Proposed Constructions Pursuant to Local Rule 16.6(e)(1)(D) | Friday, September 29, 2023 |
| Deadline for Simultaneous Exchange of Opening Claim Construction Briefs pursuant to Local Rule 16.6(e)(2) | Tuesday, October 17, 2023 |
| Deadline for Simultaneous Exchange of Responsive Claim Construction Briefs pursuant to Local Rule 16.6(e)(4) | Tuesday, December 5, 2023 |
| Deadline for Amending Pleadings and Joinder of Additional Parties Without Leave of Court | Friday, December 22, 2023 |
| Deadline to Submit Tutorials, if any, to the Court pursuant to Local Rule 16.6(e)(6) | Thursday, January 25, 2024 (14 days before claim construction hearing) |
| Claim Construction Hearing | Tuesday, February 13, 2024, at 10:00am ET |
| Substantial Completion of Document Production | Friday, February 23, 2024 |
| Fact Discovery Closes | Friday, June 7, 2024 |
| Deadline to Serve Opening Expert Reports on Issues Where the Party Bears the Burden of Proof | Tuesday, July 2, 2024 |
| Deadline to Serve Rebuttal Expert Reports on Issues Where the Party Does Not Bear the Burden of Proof | Wednesday, July 31, 2024 |
| Expert Discovery Closes | Friday, August 23, 2024 |
| Deadline for Filing Dispositive Motions (including *Daubert*) | Wednesday, October 2, 2024 |
| Deadline for Response to Dispositive Motions | Thursday, October 24, 2024 |
| Deadline for Replies re: Dispositive Motions | Tuesday, November 12, 2024 |

| Event | Proposed Date |
|---|---|
| Pretrial Conference | To be determined by the Court, approximately 17 months after the Initial Scheduling Conference, at the Court's convenience |
| Trial | To be determined by the Court, approximately 18 months after the Initial Scheduling Conference, at the Court's convenience |

Dated: July 18, 2023

/s/ Joseph J. Mueller
Joseph J. Mueller
WILMER CUTLER PICKERING HALE
   AND DORR LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
joseph.mueller@wilmerhale.com

OF COUNSEL:
Todd C. Zubler (*pro hac vice*)
WILMER CUTLER PICKERING HALE
   AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000
todd.zubler@wilmerhale.com

Omar A. Khan (*pro hac vice*)
Jeffrey A. Dennhardt (*pro hac vice*)
WILMER CUTLER PICKERING HALE
   AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8800
omar.khan@wilmerhale.com
jeffrey.dennhardt@wilmerhale.com

Respectfully submitted,

/s/ Michael Strapp
Michael Strapp (BBO #653884)
Nancy Braman (BBO #708975)
**DLA Piper LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Telephone: 617.406.6031
Facsimile: 617.406.6100
michael.strapp@us.dlapiper.com
nancy.braman@us.dlapiper.com

Paul R. Steadman – *admitted pro hac vice*
Paulina M. Starostka – *admitted pro hac vice*
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
Tel: 312.368.2135
Fax: 312.251.2850
paul.steadman@us.dlapiper.com
paulina.starostka@us.dlapiper.com

Helena D. Kiepura – *admitted pro hac vice*
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
Tel:  202.733.4000
Fax: 202.799.5300
helena.kiepura@us.dlapiper.com

Brian A. Rosenthal (*pro hac vice*)
Benjamin Hershkowitz (*pro hac vice*)
Vivian Lu (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000

Brian Buroker (*pro hac vice*)
Wendy W. Cai (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
(202) 955-8500

*Attorneys for Plaintiffs and Counterclaim-Defendants SharkNinja Operating LLC and SharkNinja Sales Company*

Mary Dahl – *admitted pro hac vice*
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303
Tel: 650.833.2000
Fax: 650.833.2001
mary.dahl@us.dlapiper.com

*Attorneys for Defendants and Counterclaim-Plaintiffs Dyson, Inc. and Dyson Technology Limited*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 18, 2023.

                                                  */s/ Michael Strapp*