IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARKNINJA OPERATING LLC and SHARKNINJA SALES COMPANY,<br><br>*Plaintiffs and Counterclaim-Defendants*<br><br>v.<br><br>DYSON, INC. AND DYSON TECHNOLOGY LIMITED,<br><br>*Defendants and Counterclaim-Plaintiffs.* | C.A. No. 1:23-cv-11277-ADB<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION FOR CLARIFICATION OF SCHEDULING ORDER

Pursuant to Local Rule 16.6(e)(6) and Federal Rule of Civil Procedure 6(b), Plaintiffs SharkNinja Operating LLC and SharkNinja Sales Company (collectively, "SharkNinja" or "Plaintiffs") and Defendants Dyson, Inc. and Dyson Technology Limited (collectively, "Dyson" or "Defendants") (SharkNinja and Dyson together, the "Parties"), by and through their undersigned counsel of record, respectfully move for clarification of the scheduling order deadline for submission of technology tutorials in advance of the claim construction hearing scheduled for February 13, 2024.

As grounds for its motion, the Parties state that the Scheduling Order in this case currently states that the "Deadline to Submit Tutorials" to the Court shall be "Thursday, January 25, 2024 (14 days before claim construction hearing)."  Dkt. 33, 34; *see also* Local Rule 16.6(e)(6) ("Tutorials. At the court's request, the parties may exchange and file tutorials, preferably in the form of a short video or slide presentation, at least 14 days before the claim-construction

1

hearing."). However, the claim construction hearing is scheduled for February 13, 2024, and under Fed. R. Civ. P. 6(a), 14 days before the February 13 hearing is January 30, 2024.

The Parties therefore respectfully request that the Court clarify the scheduling order to confirm that the deadline for submission of technology tutorials is January 30, 2024.

By:   */s/ Helena D. Kiepura*

Michael Strapp (BBO #653884)
Nancy Braman (BBO #708975)
**DLA Piper LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Telephone: 617.406.6031
Facsimile: 617.406.6100
michael.strapp@us.dlapiper.com
nancy.draman@us.dlapiper.com

Paul R. Steadman (*pro hac vice*)
Paulina M. Starostka (*pro hac vice*)
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
Tel: 312.368.2135
Fax: 312.251.2850
paul.steadman@us.dlapiper.com
paulina.starostka@us.dlapiper.com

Helena D. Kiepura (*pro hac vice*)
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
Tel:  202.733.4000
Fax: 202.799.5300
helena.kiepura@us.dlapiper.com

*Attorneys for Defendants and Counterclaim-Plaintiffs*

By:   */s/ Joseph J. Mueller*

Joseph J. Mueller
WILMER CUTLER PICKERING HALE
   AND DORR LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
joseph.mueller@wilmerhale.com

Todd C. Zubler (*pro hac vice*)
WILMER CUTLER PICKERING HALE
   AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000
todd.zubler@wilmerhale.com

Omar A. Khan (*pro hac vice*)
Jeffrey A. Dennhardt (*pro hac vice*)
WILMER CUTLER PICKERING HALE
   AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8800
omar.khan@wilmerhale.com
jeffrey.dennhardt@wilmerhale.com

OF COUNSEL:
Brian A. Rosenthal (*pro hac vice*)
Benjamin Hershkowitz (*pro hac vice*)
Vivian Lu (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP

200 Park Avenue
New York, NY 10166
(212) 351-4000

Brian Buroker (*pro hac vice*)
Wendy W. Cai (*pro hac vice*)
A. David Brzozowski, II (*pro hac vice*)
G IBSON, D UNN & C RUTCHER LLP
1050 C ONNECTICUT A VENUE, N.W.
W ASHINGTON, DC 20036-5306
(202) 955-8500

*Attorneys for Plaintiffs and Counterclaim-Defendants SharkNinja Operating LLC and SharkNinja Sales Company*