**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SHARKNINJA OPERATING LLC and SHARKNINJA SALES COMPANY,<br><br>*Plaintiffs and Counterclaim-Defendants,*<br><br>v.<br><br>DYSON, INC. and DYSON TECHNOLOGY LIMITED,<br><br>*Defendants and Counterclaim-Plaintiffs.* | C.A. No. 1:23-cv-11277-ADB<br><br>**JURY TRIAL DEMANDED** |

**CLARIFICATION OF SCHEDULING ORDER**

WHEREAS, the Court, having considered the Joint Motion to Clarify the Scheduling Order Pursuant to Local Rule 16.6(e)(6) and Federal Rule of Civil Procedure 6(b), filed on January 24, 2024;

IT IS HEREBY ORDERED this 25th day of _____January_____, 2023 that:

The Joint Motion to Clarify the Scheduling Order Pursuant to Local Rule 16.6(e)(6) and Federal Rule of Civil Procedure 6(b) is GRANTED;

The Scheduling Order (D.I. 33) is clarified as follows:

| Event | Current Due Date | Clarified Proposed Due Date |
|---|---|---|
| Deadline to Submit Tutorials, if any, to the Court pursuant to Local Rule 16.6(e)(6) | Thursday, January 25, 2024 (14 days before claim construction hearing) | Tuesday, January 30, 2024 |

SO ORDERED.

_____
Honorable Judge Allison D. Burroughs
United States District Court Judge